UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EXCELLENT THE EXCELLENT MR.
RAJ K. PATEL,

                              Plaintiff,

                    -against-

THE UNITED STATES, ET AL.,

                              Defendants.

26-CV-0977 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 9, 2024, the Court barred Plaintiff from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Patel v. Patel*, ECF 1:23-CV-8765, 17 (LTS) (S.D.N.Y. Jan. 9, 2024). Plaintiff files this new *pro se* action and seeks IFP status, but he has not sought leave from the court to file. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the January 9, 2024 order in *Patel*, No. 23-CV-8765.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    February 13, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge