UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EXCELLENT THE EXCELLENT MR.
RAJ K. PATEL,

          Plaintiff,

        -against-

THE UNITED STATES, ET AL.,

          Defendants.

26cv977 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 13, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 19, 2026
         New York, New York

              /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
          Chief United States District Judge